UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 5:05-cr-133 |
| | ) | |
| RICHARD E. MOSES, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER TRANSFERRING SECOND OR SUCCESSIVE § 2255 PETITION**

The court adopted the Magistrate Judge's Report and Recommendation in an order dated March 30, 2020. (Doc. 438.) The court recharacterized Moses's putative § 2241 petition as a motion under 28 U.S.C. § 2255. The court accordingly notified Moses that any subsequent § 2255 motion would be subject to the certification requirements of 28 U.S.C. § 2255(h), and granted a 30-day opportunity to withdraw the petition. (*Id.* at 3.) Moses has not filed a request to withdraw his petition within the 30-day period, so the court accordingly TRANSFERS it to the Second Circuit Court of Appeals as a second or successive habeas motion under 28 U.S.C. §§ 1631 and 2255(h).

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 5th day of May, 2020.

*/s/* Geoffrey W. Crawford
Chief Judge
United States District Court